# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**THE WILDERNESS SOCIETY,**

  Plaintiff,

  v.

**UNITED STATES DEPARTMENT OF INTERIOR,**

  Defendant.

**Civil Action No.:** 18-1089-RBW

## JOINT STATUS REPORT

By Order dated April 2, 2019, the Court issued a Minute Order requiring the parties to submit a joint status report on or before May 20, 2019, informing the Court of the status of the parties' efforts to resolve the issues raised in this Freedom of Information Act ("FOIA") case, including the status of Defendant's efforts to review and release responsive records.

The Department of the Interior's Bureau of Land Management ("BLM") represents that it has completed production for six of the requests at issue in this lawsuit and is presently reviewing records for the two BLM-related requests remaining at issue in this lawsuit. Those two BLM-related FOIA requests are **BLM-2018-00605** and **BLM-2018-00412**.

The BLM further represents that it has reviewed 1,058 pages relating to **BLM-2018-00605**. On April 1, 2019, the BLM released 406 pages responsive to **BLM-2018-00605**. The BLM now has 4,395 pages remaining to be reviewed and released in connection with **BLM-2018-00605**.

In addition, the BLM has reviewed 2,438 pages relating to **BLM-2018-00412**. On May 1, 2019, BLM released 698 pages responsive to **BLM-2018-00412**. The BLM now has 4,821 pages remaining to be reviewed and released in connection with **BLM-2018-00412**.

The BLM represents that its next release is slated for June 1, 2019, when it will be making a release of records responsive to BLM-2018-00605.

The Department's Office of the Secretary represents that it released 464 pages of responsive records on April 8, 2019. The Office of the Secretary further represents that it is experiencing computer troubles today and thus cannot presently provide detailed information concerning the progress it has made toward the release responsive records at issue in this lawsuit. The Office of the Secretary does, however, represent that it will next be producing approximately 748 pages in connection with OS-2017-0602.

The parties believe that the most effective application of litigation and judicial resources will be served by allowing time for Defendant to complete its review and disclosure of records described above with an aim of eliminating the need for further litigation, or at least limiting the issues to be litigated.

The parties request that the next joint status report be due July 20, 2019.

Dated: May 20, 2019                    Respectfully Submitted,

*/s/ David Bahr*
David Bahr (DC Bar No. OR0001)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439
davebahr@mindspring.com

*Counsel for Plaintiff*

JESSIE K. LIU,
D.C. Bar # 472845
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
D.C. Bar # 416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
Telephone: (202) 252-2561
Email: Marina.Braswell@doj.gov

*Counsel for Defendant*